**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NOE DAVID AGUILAR-MARQUEZ, | No. 10-71614 |
| Petitioner, | Agency No. A071-623-362 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Noe David Aguilar-Marquez, a native and citizen of El Salvador, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing

his appeal from an immigration judge's decision denying his applications for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

asylum, withholding of removal, and relief under the Convention Against Torture, and granting his motion to remand. We dismiss the petition for review.

Because the BIA granted Aguilar-Marquez's motion to remand to apply for relief under the Nicaraguan and Central American Relief Act, there is no final order of removal for this court to review. *See Lopez-Ruiz v. Ashcroft*, 298 F.3d 886, 887 (9th Cir. 2002) (order). We therefore lack jurisdiction over this petition for review. *See* 8 U.S.C. § 1252(a)(1).

**PETITION FOR REVIEW DISMISSED.**

10-71614